71-13119-D-DMS/ODR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 02375

JOSE PEREZ AND ROSA PEREZ,

                Plaintiffs,                Index No.:

         -against-                  **RULE 7.1 STATEMENT**

GAETANO AMORE, FREEDOM RENTAL, FREEDOM
RENT A CAR, ROSEDALE DODGE, INC. and
BERGEN RENT A CAR, LLC,

                Defendants.



    Defendants, GAETANO AMORE, FREEDOM RENTAL, d/b/a FREEDOM RENT A CAR, ROSEDALE DODGE, INC., and BERGEN RENT A CAR, LLC, by their attorneys, WHITE, FLEISCHNER & FINO, LLP, as and for his Rule 7.1 Statement hereby states as follows:

    1.    Upon information and belief, Freedom Rental d/b/a Freedom Rent A Car is a New Jersey business with its principal place of business in the State of New Jersey.

    2.    Upon information and belief Rosedale Dodge, Inc., is a Minnesota corporation with its principal place of business in the State of Minnesota.

    3.    Upon information and belief defendant Bergen Rent A Car, LLC. is a New Jersey corporation with its principal place of business in the state of New Jersey.

    4.    Upon information and belief defendant ANDRE GAETANO resides at 43 Industrial Avenue, Fairview, New Jersey 07022.

    5.    Freedom Rental, d/b/a Freedom Rent A Car, Rosedale Dodge, Inc., and Bergen Rent A Car, LLC are not owned by a parent corporation. There is no publicly held

117-13119-D-DMS/ODR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSE PEREZ AND ROSA PEREZ,

         Plaintiffs,    Index No.:

     -against-      **RULE 7.1 STATEMENT**

GAETANO AMORE, FREEDOM RENTAL, FREEDOM
RENT A CAR, ROSEDALE DODGE, INC. and
BERGEN RENT A CAR, LLC,

         Defendants.
------------------------------------------------------------X

  Defendants, GAETANO AMORE, FREEDOM RENTAL, d/b/a FREEDOM RENT A CAR, ROSEDALE DODGE, INC., and BERGEN RENT A CAR, LLC, by their attorneys, WHITE, FLEISCHNER & FINO, LLP, as and for his Rule 7.1 Statement hereby states as follows:

  1.  Upon information and belief, Freedom Rental d/b/a Freedom Rent A Car is a New Jersey business with its principal place of business in the State of New Jersey.

  2.  Upon information and belief Rosedale Dodge, Inc., is a Minnesota corporation with its principal place of business in the State of Minnesota.

  3.  Upon information and belief defendant Bergen Rent A Car, LLC. is a New Jersey corporation with its principal place of business in the state of New Jersey.

  4.  Upon information and belief defendant ANDRE GAETANO resides at 43 Industrial Avenue, Fairview, New Jersey 07022.

  5.  Freedom Rental, d/b/a Freedom Rent A Car, Rosedale Dodge, Inc., and Bergen Rent A Car, LLC are not owned by a parent corporation. There is no publicly held

corporation that owns 10% or more stocks of Freedom Rental, d/b/a Freedom Rent A Car, Rosedale Dodge, Inc., and Bergen Rent A Car, LLC, upon information and belief.

Dated: New York, New York
       March 4, 2008

                                                  Yours, etc.,

                                                  WHITE FLEISCHNER & FINO, LLP

                                                  By: _____
                                                        Daniel M. Stewart (DMS 7989)
                                                Attorneys for Defendants
                                                61 Broadway, 18th Floor
                                                New York, New York 10006
                                                (212) 487-9700
                                                Our File No.: 117-13119-D-DMS/ODR

TO:    (See Attached Affidavit)