STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

*Arleen Rosa*, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on March 10, 2008, deponent served the within **NOTICE OF REMOVAL, RULE 7.1 STATEMENT and CIVIL COVER SHEET** upon the attorneys and parties listed below by United States prepaid mail by placing same in a mailbox in the State of New York:

TO:

Steven G. Davis, Esq.
JACOBY & MEYERS, LLP
c/o Processing Center
436 Robinson Avenue
Newburgh, New York 12350
(800) 890-3090

*Arleen Rosa*

Sworn to before me this
10th day of March, 2008

Notary Public

LAUREN RICCIO MELTZER
NOTARY PUBLIC, State of New York
No. 01RI5082855
Qualified in King County
Commission Expires July 28, 2009