UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE PEREZ and ROSA PEREZ,

                Plaintiffs,

-vs-

GAETANO AMORE, FREEDOM RENTAL,
FREEDOM RENT A CAR, ROSEDALE DODGE,
INC. and BERGEN RENT A CAR, LLC,

                Defendants.
-----------------------------------------------------------------X

ECF CASE

NOTICE OF APPEARANCE

08 CIV 2375 (RMB)

To the Clerk of the court and all parties of record:

Enter my appearance in this case for the plaintiff JOSE PEREZ and ROSA PEREZ.

I certify that I am admitted to practice in this court.

Dated: March 13, 2008

                _____
                ELEANOR L. POLIMENI, ESQ.
                of FINKELSTEIN & PARTNERS, LLP
                Of Counsel to JACOBY & MEYERS, LLP
                436 Robinson Avenue
                Newburgh, N.Y. 12550
                Phone: (800) 634-1212
                Fax: 845-562-3492
                E-mail: epolimeni@lawampm.com

cc: WHITE, FLEISCHNER & FINO, LLP
    Attorneys for Defendants
    61 Broadway, 18th Floor
    New York, N.Y. 10006