# Jacoby & Meyers LLP

| | | | | |
|---|---|---|---|---|
| Gail Koff, P.C., Founding Partner (NY) | Cynthia M. Maurer (NY & NJ) | Sharon A. Scanlan (NY & CT) | Elyssa M. Fried-DeRosa (NY) | Julio E. Urrutia (NY) |
| Andrew G. Finkelstein, P.C. (NY & NJ) | Raye D. Futerfas (NJ) | Robert E. Borrero (NY) | Kenneth B. Fromson (NY, NJ & PA) | Victoria Lieb Lightcap (NY & MA) |
| Joel S. Finkelstein, P.C. (NY, NJ, MA & FL) | Kenneth Cohen (NJ) | Marc S. Becker (NY) | Steven P. Shultz (NY & MA) | Thomas J. Pronti (NY) |
| Kenneth L. Oliver, P.C. (NY) | Joel A. Reback (NY & Israel) | Ernest S. Buonocore (NY) | Nancy Y. Morgan (NY, NJ & PA) | Edward M. Steves (NY) |
| Steven G. Davis (NY & PA) | | Eric L. Horn (NY, CT & MA) | Steven Lim (NY) | Christopher T. Milliman (NY) |
| Michael Feldman (NY & NJ) | Linda Armatti-Epstein (NY) | Of Counsel | Duncan W. Clark (NY) | Silvia Fermanian (NY) |
| Michael Finkelstein (NY) | John F. Dowd (NY & CT) | George M. Levy (NY) | Robert J. Camera (NY & NJ) | Ann R. Johnson (NY & CT) |
| | David Akerib (NY) | Ronald Rosenkranz (NY) | George A. Kohl, II (NY & MA) | Kristine M. Cahill (NY & CT) |
| (800) 890-3090 | Frances M. Bova (NY & NJ) | Steven H. Cohen (NY) | Terry D. Horner (NY) | Kara L. Campbell (NY & CT) |
| Fax: (845) 562-3492 | Mark B. Hudoba (NY) | Francis J. Navarra (NY) | Andrew L. Spitz (NY) | Marie M. DuSault (NY) |
| www.jmlawyer.com | Kenneth G. Bartlett (CT & NJ) | Andrew J. Genna, LLM (NY & PA) | James W. Shuttleworth, III (NY) | Melody A. Gregory (NY & CT) |
| | Gustavo W. Alzugaray (NY & NJ) | Thomas C. Yatto (NY) | Lawrence D. Lissauer (NY) | David E. Gross (NY & NJ) |
| | | | | Elizabeth A. Wolff (NY & MA) |

REFER TO OUR FILE #: 73028

April 9, 2008

**MEMO ENDORSED**

Hon. Richard M. Berman
United States Courthouse
500 Pearl Street, Room 650
New York, N.Y. 10007

Re: Perez vs. Amore, et al.
     08-CV-2375 (RMB)

Honorable Sir:

> Motion denied without prejudice.
> See Court's rules re: motions. We
> can discuss at 4/21/08 conference
> @ 9:15.
>
> SO ORDERED:
> Date: 4/11/08      Richard M. Berman
>                    Richard M. Berman, U.S.D.J.

Enclosed please find a copy of the motion that was timely made in Bronx Supreme Court prior to the removal of this case by the defendant to federal court. The motion was pending at the time of the removal. Thus, we respectfully request that Your Honor decide the motion to extend the time to effect service upon the defendant Gaetano Amore, and to permit service upon either the carrier or defense counsel with respect to this defendant. Please note that in the interim since the motion was made my firm retained the services of a private investigator to attempt to locate the said defendant, to no avail.

Thank you for your consideration in this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4·11·08

Very truly yours,

JACOBY & MEYERS, LLP

BY: _____
ELEANOR L. POLIMENI, ESQ. of
FINKELSTEIN & PARTNERS, LLP
Of Counsel

Encl.
cc w/encl.: White Fleischner & Fino, LLP

Manhattan • Garden City • Kingston • Newark • Newburgh • Spring Valley
39 BROADWAY, SUITE 1850        X  436 ROBINSON AVENUE        50 PARK PLACE, 10th FLOOR
NEW YORK, NY 10006                NEWBURGH, NY 12550              NEWARK, NJ 07102

*Please Send All Correspondence to the Address Indicated Above*