UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Perez            Plaintiff(s),

- v -

Amore, et al

Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

08CV.2375(RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by  7/21/08

(ii)  Amend the pleadings by  5/21/08

(iii) All discovery to be **expeditiously** completed by  8/21/08

(iv)  Consent to Proceed before Magistrate Judge _____

(v)   Status of settlement discussions  with principals on 9/9/08 @ 9:30

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions_____

(vii)  Oral Argument_____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix)   Final Pre-Trial Conference_____

(x)    Trial_____

(xi)   Other_____

SO ORDERED: New York, New York
April 21, 2008

RMB
Hon. Richard M. Berman, U.S.D.J.