05/14/2008

File No.: 73028-02/JWS/pat

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
------------------------------------x
JOSE PEREZ and ROSA PEREZ,

        Plaintiffs,

  -against-

GAETANO AMORE, FREEDOM RENTAL,
FREEDOM RENT A CAR, ROSEDALE DODGE,
INC. and BERGEN RENT A CAR, LLC,

        Defendants.
------------------------------------x

Justice Assigned:
Hon. Richard M. Berman

NOTICE OF MOTION

Docket No.: 08CV02375

**MOTION BY:**     FINKELSTEIN & PARTNERS
of Counsel to JACOBY & MEYERS
Attorneys for Plaintiff
436 Robinson Avenue
Newburgh, NY 12550
(800) 890-3090

**DATE, PLACE & TIME:**
- To be Determined by the Court
- US District Court, Southern District of New York
- Daniel Patrick Moynihan United States Courthouse
  500 Pearl Street, Room 650
  New York, New York 10007

**RELIEF REQUESTED:**     For an Order pursuant to CPLR § 306(b) enlarging the time for plaintiff to service and for a further Order pursuant to CPLR § 308(5) and Federal Rule of Civil Procedure 4(e)(1) for permission to serve defense counsel on Amore's behalf, and for such other and further relief as this Court deems just and proper.

**SUPPORTING PAPERS:**     Affirmation and Memorandum of Law of James W. Shuttleworth, III, Esq., dated May 13, 2008, with Exhibits.

**ANSWERING PAPERS:**      Pursuant to Rule 6.1(b), opposition papers, if any, are to be served within ten (10) business days after service. Reply papers should be served within five (5) business days.

Dated:   May 13, 2008
         Newburgh, New York

                                Yours, etc.,

                                FINKELSTEIN & PARTNERS
                                of Counsel to JACOBY & MEYERS
                                Attorneys for Plaintiffs

                                By: _____
                                James W. Shuttleworth, III, Esq.
                                436 Robinson Avenue
                                Newburgh, New York 12550
                                (800) 890-3090

TO:   WHITE, FLEISCHNER & FINO, LLP
      Attorneys for Defendants Gaetano Amore, Freedom
      Rental, Freedom Rent A Car, Rosedale Dodge, Inc.
      and Bergen Rent A Car, LLC
      61 Broadway – 10th Floor
      New York, NY  10006
      (212) 487-9700