# MEMO ENDORSED

## Jacoby & Meyers LLP

RECEIVED
SEP 02 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

Gail Koff, P.C., Founding Partner (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Kenneth L. Oliver, P.C. (NY)
Steven G. Davis (NY & PA)
Michael Feldman (NY & NJ)
Michael Finkelstein (NY)

(800) 890-3090
Fax: (845) 562-3492
www.jmlawyer.com

Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Kenneth Cohen (NJ)
Joel A. Reback (NY & Israel)

Linda Armatti-Epstein (NY)
John F. Dowd (NY & CT)
David Akerib (NY)
Frances M. Bova (NY & NJ)
Mark B. Hudoba (NY)
Kenneth G. Bartlett (CT & NY)
Gustavo W. Alzugaray (NY & NJ)

Sharon A. Scanlan (NY & CT)
Robert E. Borrero (NY)
Marc S. Becker (NY)
Ernest S. Buonocore (NY)
Eric L. Horn (NY, CT & MA)
Of Counsel
George M. Levy (NY)
Ronald Rosenkranz (NY)
Steven H. Cohen (NY)
Francis J. Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)

Elyssa M. Fried-DeRosa (NY)
Kenneth B. Fromson (NY, NJ & PA)
Steven P. Shultz (NY & MA)
Nancy Y. Morgan (NY, NJ & PA)
Steven Lim (NY)
Duncan W. Clark (NY)
Robert J. Camera (NY & NJ)
George A. Kohl, II (NY & MA)
Terry D. Horner (NY)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)

Julio E. Urrutia (NY)
Victoria Lieb Lightcap (NY & MA)
Thomas J. Pronti (NY)
Edward M. Steves (NY)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Ann R. Johnson (NY & CT)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Marie M. DuSault (NY)
Melody A. Gregory (NY & CT)
David E. Gross (NY & NJ)
Elizabeth A. Wolff (NY & MA)

REFER TO OUR FILE #: 73028

September 2, 2008

Hon. Richard M. Berman
United States Courthouse
500 Pearl Street, Room 650
New York, N.Y. 10007

Re: Perez vs. Amore, et al.
    08-CV-2375 (RMB)

> Application granted. Conference adjourned to 9/25/08 at 9:15 a.m.
>
> SO ORDERED:
> Date: 9/2/08
> Richard M. Berman, U.S.D.J.

Honorable Sir:

This letter is written on consent of counsel to request a 2 week adjournment of the September 3, 2008 conference in this matter. The basis for this request is that the parties are working toward settling this matter, and are in the process of obtaining the consent of the worker's compensation carrier and certificate of no excess insurance. The parties believe that the 2 week adjournment will allow the parties to obtain the requisite documentation and to advise the Court of the status of the settlement of the matter.

Thank you for your consideration.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/08

Very truly yours,

JACOBY & MEYERS, LLP

BY: /s/ Eleanor L. Polimeni
ELEANOR L. POLIMENI, ESQ. of
FINKELSTEIN & PARTNERS, LLP
Of Counsel

cc: White Fleischner & Fino, LLP